*Jackson T. King,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976

ROBERT SPEERS *v.* HENRY C. WHITE, WELFARE COMMISSIONER

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted unless the plaintiff files a specific assignment of errors on or before April 19, 1976, in accordance with § 628A of the Practice Book.

*Michael A. Arcari,* assistant attorney general, for the appellee (defendant).

*Jackson T. King,* for the appellant (plaintiff).